Edward Carlson
Carlson and Ryan LLP
23 Jones St., unit 11
New York, NY 10014
+1 (917) 714-0189
ed@carlsonryanlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUKOIL PAN AMERICAS, LLC

Plaintiff,

-against-

TETHYS TRADING, LLC and TETHYS PARTNERS, LLC,

Defendants.

**20 CV 01913 (ER)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff by and through its attorneys hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants.

Dated: New York, New York
February 5, 2021

Carlson and Ryan LLP
Attorneys for Plaintiff

By: /s/ ______________________

Edward Carlson
23 Jones St., unit 11
New York, NY 10014
+1 (917) 714-0189
ed@carlsonryanlaw.com